THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALLEN JACKSON, Defendant-Appellant.

(No. 55787; ▮▮▮▮▮▮▮

First District—January 23, 1973.

Opinion by Mr. JUSTICE LEIGHTON.

Gerald W. Getty, Public Defender, of Chicago, (John T. Moran, Jr., and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and S. Paul Naselli, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARCIANO COLON, Defendant-Appellant.

(No. 55848; ▮▮▮▮▮▮▮

First District—January 23, 1973.